[No. 26918-3-III.   Division Three.   May 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. IGOR V. SAMOLYUK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00861-1, Carrie L. Runge, J., entered February 28, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30679-8-III.   Division Three.   May 28, 2013.]

RICHARD L. HARWOOD ET AL., *Appellants*, v. WELLS FARGO BANK NA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-01459-7, Gregory D. Sypolt, J., entered January 20, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 42691-9-II.   Division Two.   May 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES MANNING, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00946-9, Diane M. Woolard, J., entered October 13, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 43128-9-II.   Division Two.   May 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE ALDEN WESCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00899-1, Robert A. Lewis, J., entered February 27, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Van Deren, J.